**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2464**

———————————

In Re: PRISCILLA HINES,

                                                    Petitioner.

———————————

On Petition for Writ of Mandamus.
(CA-99-626-5-BO)

———————————

Submitted:  March 6, 2001          Decided:  March 19, 2001

———————————

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Priscilla Hines, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Priscilla Hines filed this mandamus petition challenging the district court's remand of her action alleging error in the amount of her social security retirement checks.  Because this petition seeks the identical relief sought in an earlier petition filed by Hines, which was denied by this court, and because Hines presents no reason to question the propriety of that decision, we deny mandamus relief.  See In re: Hines, No. 00-1924 (4th Cir. Nov. 28, 2000) (unpublished).  We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2